IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02939-MSK-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES H. PHILLIPS, JR.,

       Defendant,

  and

AFLAC-FIELD COMPENSATION,

       Garnishee.

## GARNISHEE ORDER

THIS MATTER comes before the Court on the Amended Motion for Entry of Garnishee Order (Motion) **(#21)** filed August 1, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Garnishee, AFLAC - Field Compensation shall, each pay period, pay 25% of Defendant's disposable earnings to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment instructions**: Checks shall be made payable to U.S. Department of Justice and mailed to:

    U.S. Attorney's Office
    Attn: Financial Litigation Unit

1225 17th Street, #700
Denver, CO 80202

Please include the following information on each check:

Name of Defendant:        James Phillips

Court Number:             09-cv-02939-MSK

DATED this 3rd day of August, 2012.

                          **BY THE COURT:**

                          *[signature: Marcia S. Krieger]*

                          Marcia S. Krieger
                          United States District Judge