IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02939-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES H. PHILLIPS, JR.,

    Defendant.

## ORDER DISMISSING GARNISHMENT

THIS MATTER comes before the Court on the Motion to Dismiss Garnishment (Motion) **(#23)** filed October 26, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the Garnishee Order at Docket Entry #22 is dismissed.

DATED this 30th day of October, 2012.

    **BY THE COURT:**

    */s/ Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge