IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02939-MSK-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES H. PHILLIPS, JR.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2014**.

     For good cause shown, the Motion to Withdraw as Attorneys of Record [filed March 18, 2014; docket # 41] is **granted**. Plaintiff's counsel has certified that notice of withdrawal was served on Defendant. Juan G. Villaseñor, who is also an attorney of record for the Plaintiff, will continue to represent Plaintiff. Therefore, representation of Plaintiff in this case by Lisa A. Christian, Mustafa Ahmed Hersi, and Stephen D. Taylor is withdrawn.