IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02939-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES PHILLIPS,

    Defendant,

and

RENOWN HEALTH,

    Garnishee.

## GARNISHEE ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

On motion of the United States [filed April 21, 2014; docket # 45], and good cause appearing, IT IS HEREBY ORDERED that Garnishee Renown Health shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated this 21st day of April, 2014, in Denver, Colorado.

                                            BY THE COURT:

                                            s/ Michael E. Hegarty
                                            Michael E. Hegarty
                                            United States Magistrate Judge