IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02939-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES PHILLIPS,

    Defendant,

and

TRUCKEE MEADOWS COMMUNITY COLLEGE,

    Garnishee.

## GARNISHEE ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

On motion of the United States [filed May 20, 2015; docket #52], and good cause appearing, IT IS HEREBY ORDERED that Garnishee Truckee Meadows Community College shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

    U.S. Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Please include the following information on each check:

Name of Defendant:   James Phillips

Court Number:   09-CV-002939

CDCS Number:   2010A00374

Dated at Denver, Colorado, this 21st day of May, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge